470 A.2d 1047

Stoops, Appellant, v. Stoops.

Submitted October 26, 1983. Richard W. Roeder, for appellant; Robert J. Felton, for appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Appeal quashed.